WELLS FARGO BANK, N.A., Respondent, v GERSHON KRAUSS et al., Defendants, and BAC HOME LOANS SERVICING, L.P., Formerly Known as COUNTRYWIDE HOME LOANS SERVICING, L.P., Appellant.

Submitted July 13, 2015; decided September 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.